KARIN J. IMMERGUT, OSB #96314
United States Attorney
District of Oregon
**PAMALA R. HOLSINGER**, OSB #89263
Assistant United States Attorney
1000 S.W. Third Ave., Suite 600
Portland, OR  97204-2902
Telephone:  (503) 727-1000
pamala.holsinger@usdoj.gov
        Attorneys for United States of America


# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON


| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CR 02-42-03-BR** |
| v. | |
| **BRANDON JASON McBURNEY,** | **GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO TERMINATE SUPERVISED RELEASE** |
| Defendant. | |


        The government, after having reviewed defendant's Motion to Terminate Supervised Release

and the attachments thereto, and consulting with the United States Probation Office in the Central

District of California, has no objections to early termination of his supervised release.

        Dated this 25th day of June 2007.


                        Respectfully submitted,

                        KARIN J. IMMERGUT
                        United States Attorney


                        /s/ Pamala R. Holsinger
                        PAMALA R. HOLSINGER
                        Assistant United States Attorney