IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

United States of America,

                     Plaintiff(s),

v.

Brandon Jason McBurney,

                     Defendant(s)

Case No. 02-42 (3) BR

**ORDER TERMINATING SUPERVISED RELEASE**

Defendant's Motion (as amended) for Early Termination of Supervised Release (#124, 125) is GRANTED, and

Defendant's Supervised Release is TERMINATED as of the date of this Order.

Dated this   6th   day of July, 2007

                                           /s/ Anna J. Brown
                                         Anna J. Brown
                                         United States District Judge

**ORDER**